UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUAN SMITH                                        CIVIL ACTION

VERSUS                                            NO: 10-3378

BURL CAIN                                         SECTION: R(5)

**ORDER**

Before the Court is Juan Smith's "Motion for Stay of All Further Habeas Proceedings Pending a Decision by the United States Supreme Court."[1]  The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Report and adopts it as its opinion.

Accordingly, IT IS ORDERED that petitioner's motion to stay is GRANTED and the Clerk of Court should mark this action closed for statistical purposes.  IT IS FURTHER ORDERED that this Court retain jurisdiction, and Smith may file a motion to reopen this case within thirty days of the disposition of the proceedings that are presently pending before the United States Supreme Court.

New Orleans, Louisiana, this __8th__ day of July, 2011.

*Sarah Vance*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]  R. Doc. 22.

[2]  R. Doc. 23.